CCA #   13-13-00544-CR

OFFENSE:  Habeas Corpus

STYLE:   Ex Parte Markus Antonius Green v.

COUNTY:   De Witt

431-15
432-15
433-15

TRIAL COURT:   24th District Court

TRIAL COURT #:   90-1-7951 & 90-1-7951-A

TRIAL COURT JUDGE:   Hon. Kemper Stephen Williams

DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____     DNP: _____

_____ MOTION

FOR REHEARING IS: _____

DATE: March 12, 2015

JUDGE: Chief Justice Valdez

CLK RECORD: ___X_____

RPT RECORD: ___X_____

STATE BR: _____

APP BR: _____

SUPP CLK RECORD ___X_____

SUPP RPT RECORD ___X_____

SUPP BR _____

PRO SE BR _____X_____

431-15
432-15
433-15

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

------------------

___PRO SE___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___06/24/15___

JUDGE: ___Per Curi___

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____